## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin Filip, <br><br>    Plaintiff, <br><br>    v. <br><br> Anaplan, Inc., <br><br>    Defendant. | Case No. 21-cv-2076-DWF-BRT <br><br><br> **RULE 41 VOLUNTARY DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Justin Filip voluntarily dismisses his claims against the Defendant in this action, without prejudice.

Dated: October 20, 2021        **UPPER MIDWEST LAW CENTER**

           By:  /s/ James V. F. Dickey
             Douglas P. Seaton (#127759)
             James V. F. Dickey (#393613)
             8421 Wayzata Blvd., Suite 300
             Golden Valley, MN 55426
             (612) 428-7000
             doug.seaton@umwlc.org
             james.dickey@umwlc.org

             *Attorneys for Plaintiff*