## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Justin Filip, | Civil No. 21-2076 (DWF/BRT) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Anaplan, Inc., | |
| Defendant. | |

Based upon the Notice of Voluntary Dismissal filed by the Plaintiff on October 20, 2021, (Doc. No. [11]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated:  October 21, 2021         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge